UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-CV-61639-WPD

RENADE GRANT,

*Plaintiff*,

v.

ONEWEST BANK, F.S.B.,

*Defendant*.
_____ /

## NOTICE OF SETTLEMENT

Plaintiff, Renade Grant, and Defendant, OneWest Bank, F.S.B., hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

Dated: January 30, 2017

Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (Fla. Bar No. 132896)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822
seth@pathtojustice.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Seth M. Lehrman*
Seth M. Lehrman, Esq.