UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.15-CV-61639-DIMITROULEAS/SNOW

RENADE GRANT,

    Plaintiff,

vs.

ONEWEST BANK, F.S.B.,

    Defendant.

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Renade Grant ("Plaintiff" or "Grant"), and Defendant CIT Bank, N.A., f/k/a OneWest Bank N.A., f/k/a OneWest Bank, FSB ("CITB"), by and through their undersigned counsel, stipulate and agree as follows:

1. Plaintiff and CITB have agreed to a confidential settlement in full of any and all claims that have been asserted or that could have been asserted by and between them in this Action, including without limitation all claims asserted by Plaintiff in his Complaint (ECF No. 1).

2. As part of their settlement, Plaintiff and CITB agree that the Complaint (ECF No. 1) and any or all other claims or causes of action asserted or which could have been asserted in this case by Plaintiff shall stand dismissed with prejudice.

3. As part of their settlement, Plaintiff and CITB agree that they each shall bear its attorneys' fees and costs incurred in this Action.

5. As part of their settlement, Plaintiff and CITB agree that this Stipulation and the dismissal of this action are contingent upon the Court's retention of jurisdiction to enforce the

terms of the Confidential Settlement Agreement and Release by and between Plaintiff and CITB and that they will request that the Court enter the Final Order of Dismissal With Prejudice attached hereto as Exhibit "1."

Respectfully submitted this 22nd day of February, 2017.

| /s/ Seth M. Lehrman             .<br>Seth Lehrman (FBN 132896)<br>E-mail: seth@pathtojustice.com<br>FARMER, JAFFE, WEISSING,<br>EDWARDS, FISTOS & LEHRMAN, P.L.<br>425 N. Andrews Ave., Suite 2<br>Fort Lauderdale, FL 33301<br>Telephone: 954.524.2820<br>Facsimile: 954.524.2822<br><br><br>Scott D. Owens (FBN 597651)<br>E-mail:  scott@scottdowens.com<br>SCOTT D. OWENS, P.A.<br>3800 S. Ocean Drive, Suite 235<br>Hollywood, FL 33019<br>Telephone:  954.589.0588<br>Facsimile:  954.337.0666<br><br>*Attorneys for Plaintiff* | /s/ Linda M. Reck               .<br>Linda M. Reck (FBN 0669474)<br>E-mail: reckl@gtlaw.com;<br>culpepperd@gtlaw.com; flservice@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801<br>Telephone: 407. 254.2643<br>Facsimile: 407. 650.8428<br><br>Michele L. Stocker (FBN 044105)<br>E-mail: stockerm@gtlaw.com;<br>smithl@gtlaw.com; flservice@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: 954. 765.0500<br>Facsimile: 954. 765.1477<br><br>*Attorneys for Defendant* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on **Seth Lehrman, Esq.** and **Scott D. Owens, Esq.** via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ Linda M. Reck*