UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-61639- DIMITROULEAS/SNOW

RENADE GRANT,

    Plaintiff,

v.

ONEWEST BANK, F.S.B.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal with Prejudice [DE 72] (the "Stipulation"), filed herein on February 22, 2017. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 72] is hereby **GRANTED**;

2. This action, including all claims and counterclaims, is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's retaining jurisdiction, the Court will retain jurisdiction to enforce the terms of the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012); and

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of February, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record